RAMIRO MORALES, # 7101
Email: rmorales@mfrlegal.com
MORALES FIERRO & REEVES
600 S. Tonopah Drive, Suite 300
Las Vegas, NV 89106
Tel: (702) 699-7822
Fax: (702) 699-9945

Attorneys for Defendant ST. PAUL
MERCURY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ST. PAUL MERCURY INSURANCE COMPANY; DOES I-X, and ROE ENTITIES, I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-01067-RFB-DJA<br><br>**STIPULATION FOR ONE (1) WEEK EXTENSION TO FILE ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

---

STIPULATION FOR EXTENSION            CASE NO.: 2:19-cv-01067-RFB-CWH

1

Defendant St. Paul Mercury Insurance Company ("Defendant" or "St. Paul) by and through its attorneys of record, Morales Fierro & Reeves, and Plaintiff Philadelphia Indemnity Insurance Company ("Plaintiff" or "Philadelphia"), by and through its attorneys of record, Stephenson & Dickinson, P.C., hereby stipulate and agree to extend the deadline for Defendant to file an answer to the Complaint up to and including September 16, 2019.

This stipulation is in compliance with L.R. IA 6-1(a).  There is good cause for this stipulation.  Defendant's counsel needs an additional week to prepare an answer to the Complaint.  This is the parties' first request for an extension of the deadline.

Respectfully submitted,

Dated:  September 6, 2019          **STEPHENSON & DICKINSON, P.C.**

By:   */s/ Marsha L. Stephenson*
          MARSHA L. STEPHENSON
          Attorneys for Plaintiff PHILADELPHIA
          INDEMNITY INSURANCE COMPANY

Dated:  September 6, 2019          **MORALES, FIERRO & REEVES**

By:   */s/ Ramiro Morales*
          RAMIRO MORALES
          Attorneys for Defendant ST. PAUL
          MERCURY INSURANCE COMPANY

1  RAMIRO MORALES, # 7101
Email: rmorales@mfrlegal.com
2  MORALES FIERRO & REEVES
600 S. Tonopah Drive, Suite 300
3  Las Vegas, NV  89106
Tel: (702) 699-7822
4  Fax: (702) 699-9945

5  Attorneys for Defendant ST. PAUL
MERCURY INSURANCE COMPANY
6

7

8                      UNITED STATES DISTRICT COURT

9                              DISTRICT OF NEVADA

10

11  PHILADELPHIA INDEMNITY        )   CASE NO.:  2:19-cv-01067-RFB-DJA
    INSURANCE COMPANY,            )
12                                )   **ORDER GRANTING**
                                  )   **STIPULATION FOR ONE (1) WEEK**
                Plaintiff,        )   **EXTENSION TO FILE ANSWER TO**
13                                )   **PLAINTIFF'S COMPLAINT**
        vs.                       )
14                                )   **(First Request)**
                                  )
15  ST. PAUL MERCURY INSURANCE    )
    COMPANY; DOES I-X, and ROE ENTITIES, )
16  I-X, inclusive,               )
                                  )
17              Defendants.       )

18

[line numbers 19–28 blank]

---

PROPOSED ORDER                                      CASE NO.:  2:19-cv-01067-RFB-CWH

1

| | |
|---|---|
| 1 | Good cause having been shown, the Stipulation of Defendant St. Paul Mercury Insurance |
| 2 | Company and Plaintiff Philadelphia Indemnity Insurance Company for Defendant to have a one |
| 3 | week extension to answer the Complaint is granted.  Defendant has up to and including |
| 4 | September 16, 2019 to file an answer to the Complaint. |
| 5 | IT IS SO ORDERED. |
| 6 | Dated this __9th__ day of __September__, 2019. |

Daniel J. Albregts
United States Magistrate Judge