Ramiro Morales - 007101
William Reeves - 008235
MORALES FIERRO & REEVES
600 S. Tonopah Drive, Suite 300
Las Vegas, NV 89106
Tel: 702/699-7822
Fax: 702/699-9945

Attorneys for Defendant
St. Paul Mercury Ins. Co.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INS. CO., ) | Case No.: 2:19-cv-01067-RFB-DJA |
| ) | |
| Plaintiff, ) | STIPULATION TO SET BRIEFING |
| ) | SCHEDULE AND [PROPOSED] ORDER |
| vs. ) | |
| ) | |
| ST. PAUL MERCURY INS. CO. ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff Philadelphia Indemnity Insurance Company ("Plaintiff") and Defendant St. Paul Mercury Ins. Co. ("Defendant"), by and through counsel, stipulate and agree as follows:

WHEREAS, this matter is an insurance coverage dispute between insurers arising from a settled and resolved bodily injury action;

WHEREAS, discovery in this matter is now closed

WHEREAS, the parties each recently filed motions for summary judgment [Dkt. Nos. 27, 28];

WHEREAS, given the complexity of the issues raised in the motions as well as the impact of the COVID-19 pandemic, the parties are agreeable to additional time to brief the pending motions;

WHEREFORE, the parties are amenable to the following briefing schedule subject to this Court's approval:

Joint deadline to file Opposition Briefs: May 13, 2020

Joint deadline to file Reply Briefs: June 5, 2020

IT IS SO AGREED.

Dated: April 9, 2020

| WOOLLS PEER DOLLINGER & SCHER | MORALES FIERRO & REEVES |
|---|---|
| By: /s/ Douglas Galt<br>Douglas Galt<br>Attorneys for Plaintiff | By: /s/ William C. Reeves<br>William C. Reeves<br>Attorneys for Defendant |

The Court, having considered the stipulation of the parties and good cause appearing, orders as follows:

1. The deadline to file Opposition Briefs to Dkt. Nos. 27 and 28 is extended to May 13, 2020; and

2. The deadline to file Reply Briefs to Dkt. Nos. 27 and 28 is extended to June 5, 2020.

'T IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 10th day of April, 2020.