H. DOUGLAS GALT – CA State Bar No. 100756
WOOLLS PEER DOLLINGER & SCHER
A Professional Corporation
dgalt@wpdslaw.com
12401 Wilshire Blvd., Second Floor
Los Angeles, CA 90025-1089
Telephone:  (213) 629-1600
Facsimile:   (213) 629-1660

BRUCE SCOTT DICKINSON
THORNDAL ARMSTRONG, P.C.
bsd@thorndal.com
1100 E. Bridger Ave.
La Vegas, Nevada 89101
Telephone:  (702) 474-7229

Attorneys for Plaintiff
PHILADELPHIA INDEMNITY
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>ST. PAUL MERCURY INSURANCE COMPANY; DOES I-X, and ROE ENTITIES, I-X, inclusive,<br><br>            Defendants. | Case No.: 2:19-cv-01067-RFB-CWH<br><br>STIPULATION  RE: DISMISSAL (RULE 41) |

1

TO THE COURT: pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), and following settlement, the parties stipulate to dismissal of this action with prejudice, with all parties bearing their own costs and attorneys' fees.

DATED: January 3, 2024

WOOLLS PEER DOLLINGER & SCHER
A Professional Corporation

/S/ H. Douglas Galt

_____
 H. DOUGLAS GALT
Attorneys for Plaintiff:
PHILADELPHIA INDEMNITY INSURANCE COMPANY

DATED: January 3, 2024

MORALES FIERRO REEVES

/S/ William Reeves (authorized by 1/3/24 e-mail)

_____
 WILLIAM REEVES
Attorneys for Defendant
ST. PAUL PHILADELPHIA INDEMNITY INSURANCE COMPANY